NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL DAVID BARTLOW, | ) | No. C 11-01899 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| RICHARD B. IVES, et al., | ) ) ) | |
| Defendants. | ) ) | (Docket No. 3) |

On April 20, 2011, Plaintiff, a federal inmate currently incarcerated at the United States Penitentiary - Lompoc, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against prison officials for unconstitutional acts. On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis Application was insufficient because he had not used the correct form. (Docket No. 5.) Plaintiff was sent blank copies of the court's In Forma Pauperis Application and a return envelope. (Id.)

On May 6, 2011, the notice and enclosures were returned by mail to the Clerk of the Court as undeliverable with a "return to sender" stamp that stated that the mail was "not deliverable as addressed, unable to forward." (Docket No. 6.) As of the date of this order, Plaintiff has not updated his address with the Court or submitted any further

1 | pleadings in this case.

2 |     The complaint is subject to dismissal under Northern District Local Rule 3-11, which requires a party proceeding <u>pro se</u> to promptly file a notice of change of address while an action is pending. <u>See</u> L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the <u>pro se</u> party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the <u>pro se</u> party indicating a current address. <u>See</u> L.R. 3-11(b).

    More than sixty days have passed since the Court's order addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

    The clerk shall terminate any pending motions as moot.

    IT IS SO ORDERED.

DATED: 7/28/11

JEREMY FOGEL  
United States District Judge

Order of Dismissal  
P:\PRO-SE\SJ.JF\CR.11\01899Bartlow_dism3-11.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DAVID BARTLOW,

        Plaintiff,

  v.

RICHARD B. IVES, et al.,

        Defendants.

Case Number: CV11-01899 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/5/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell David Bartlow Reg.#:94139-011
USP-Lompoc
United States Penitentiary-Lompoc
3901 Klein Blvd
Lompoc, CA 93436

Dated: 8/5/11

                                        Richard W. Wieking, Clerk